Case 15-23356-EPK   Doc 56   Filed 06/21/19   Page 1 of 4



**ORDERED in the Southern District of Florida on June 20, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                          Case No. 15-23356-EPK

NELSON D. CANDELARIO, and                                  Chapter 13
CARMEN G. CANDELARIO,

     Debtors.
_____/

### ORDER TO SHOW CAUSE WHY ATTORNEYS JOSE E. LOPEZ AND SHELLEY K. HOGUE SHOULD NOT BE SANCTIONED AND SETTING HEARING THEREON

This matter came before the Court for hearing on June 10, 2019 to consider the *Trustee's Motion to Dismiss* [ECF No. 48] (the "Motion to Dismiss") filed by Robin R. Weiner, chapter 13 trustee (the "Trustee"). In the Motion to Dismiss, the Trustee asks the Court to dismiss this chapter 13 case because Nelson D. Candelario and Carmen G. Candelario (the "Debtors") failed to make payments under the confirmed second amended plan [ECF Nos. 34 and 37] as required by 11 U.S.C. § 1307.

The Court set the Motion to Dismiss for hearing on June 10, 2019 at 1:00 p.m. The Trustee served a copy of the Motion to Dismiss and the notice of hearing on the Debtors,

counsel of record for Debtors, Jose E. Lopez, Esq., and all parties in interest. The Debtors appeared in person at the June 10, 2019 hearing on the Motion to Dismiss. Attorney Lopez did not appear at the June 10, 2019 hearing on the Motion to Dismiss. Pursuant to Local Rule 2090-1(C), Attorney Lopez, as counsel of record for the Debtors, was required to appear at the June 10, 2019 hearing on the Motion to Dismiss.

At the hearing, among other things, the Debtors explained to the Court that the Debtors have not spoken in person or otherwise to Attorney Lopez since early January 2019. According to the Debtors, at that time, Attorney Lopez notified the Debtors that he was no longer representing the Debtors in this chapter 13 case. Attorney Lopez also notified the Debtors that another person would represent the Debtors in this chapter 13 case. The Debtors apparently spoke to this person over the telephone in January 2019, and she confirmed that she was representing the Debtors in this chapter 13 case. However, the Debtors stated that they have also not been able to contact this second person who agreed to represent them.

After the hearing, the Debtors provided the Court with information regarding the other lawyer to whom they were directed by Attorney Lopez. Based on information provided by the Debtors, it appears that the replacement counsel that the Debtors actually spoke with is Shelley K. Hogue, Esq. Attorney Hogue's mailing address (150 N. Orange Avenue, Suite 414C, Orlando, FL 32801) is nearly identical to Attorney Lopez's mailing address. Ms. Hogue appears to be associated with Attorney Lopez and his firm, LawyerASAP, PLLC. Indeed, according to the Florida Department of State's subniz.org, Attorney Hogue is listed as the registered agent of LawyerASAP, PLLC.

Attorney Lopez has not filed with the Court a motion to withdraw as counsel for the Debtors or a joint notice of substitution of counsel in accordance with Local Rule 2091-1(B). Attorney Hogue has not made an appearance on behalf of the Debtors in this chapter 13 case.

Based upon the Debtors' representations at the June 10, 2019 hearing, it does not appear that the Debtors consented to any substitution of counsel.

In light of the foregoing, the Court ORDERS and ADJUDGES that Jose E. Lopez, Esq. and Shelly K. Hogue, Esq. shall appear **in person** before the Honorable Erik P. Kimball on **July 8, 2019 at 1:00 p.m.** at the United States Bankruptcy Court, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401, to show cause why they should not be sanctioned. Sanctions may include monetary sanctions, suspension of practice before this Court, and/or a recommendation to the district court that Attorney Lopez and Attorney Hogue be suspended from practice before that court. The Court will also consider whether it is appropriate to report Attorney Lopez and/or Attorney Hogue to the Florida Bar for potential violations of the rules of ethics.

###

Copies to:

Nelson D. Candelario

Carmen G. Candelario

Robin R. Weiner, Trustee

AUST

Jose E. Lopez, Esq.
150 N. Orange Avenue, Suite 414
Orlando, FL 32801

Jose E. Lopez, Esq.
150 N. Orange Avenue, Suite 414A
Orlando, FL 32801

Jose E. Lopez, Esq.
150 N. Orange Avenue, Suite 100
Orlando Florida 32801

Jose E. Lopez, Esq.
150 N. Orange Avenue, Suite 303
Orlando Florida 32801

Jose E. Lopez, Esq.
Email: jlopez@lawyerasap.com

Shelley K. Hogue, Esq.
150 N. Orange Avenue, Suite 414C
Orlando, FL 32801

Shelley K. Hogue, Esq.
shogue@suncoast.law